IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.  : | Case No.: 1:92-cr-1 (WLS) |
| : | |
| ANGELO B. PERRY, : | |
| : | |
| Defendant. : | |

## ORDER

Before the Court is Petitioner Angelo Perry's Motion for Permission to Appeal in Forma Pauperis. (Docs. 403.) Even if Perry is indigent, which is questionable, the Court denies his motion because his appeal is not taken in good faith.

Under 28 U.S.C. § 1915, a court may authorize an appeal of a criminal action or proceeding without prepayment of fees or security if the putative appellant has filed "an affidavit that includes a statement of all assets such prisoner possesses that [he] is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). "An appeal may not be taken in forma pauperis[, however,] if the trial court certifies in writing that it is not taken in good faith." *Id.* § 1915(a)(3); *see also id.* § 1915(e)(2)(B)(i) (mandating court's dismissal of case upon finding that action or appeal taken *in forma pauperis* is frivolous or malicious).

Perry's appeal is not taken in good faith. He apparently intends to appeal the Court's denial of his petition for a writ of error coram nobis. Perry's petition is

1

meritless. Therefore, his appeal cannot be taken in good faith. His Motion for Permission to Appeal In Forma Pauperis (Doc. 403) is **DENIED**.

**SO ORDERED**, this   3rd   day of June, 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**